### PLUMB *against* M'CREA AND OTHERS.

THIS was an action of *trespass de bonis asportatis,* to recover damages for taking away a number of horned cattle, on the 11th of *September,* 1814.

The defendant pleaded, 1st. The general issue. 2d. That the cattle were attempted to be exported, by the plaintiff and others, being citizens of the *United States,* into *Canada,* and that *M'Crea,* as agent of the collector of *Champlain,* and the other defendants, as his assistants, seized them as forfeited to the *United States,* and delivered them to the collector. The third plea stated the seizure, and the proceedings in the district court of the district of *New-York,* whereby the cattle were condemned as forfeited to the *United States.*

The plaintiff replied, 1st. To the second plea, denying that the cattle were attempted to be exported; and, 2d. To the third plea, that the defendants took the cattle *de injuria sua propria.*

The defendants demurred specially to the replication to the third plea, and the plaintiff joined in demurrer.

*Per Curiam.* The replication of *de injuria sua propria,* &c., is bad, according to the rule laid down in *Crogate's* case, and recognized by the court, in *Lytle* v. *Lee & Ruggles,* (5 *Johns. Rep.* 113. This is a plea good only where the matter alleged is by way of excuse, and not where it is insisted upon as giving a right. (1 *Chitty's Pl.* 562, 3, 4.) The pleas are good and sufficient, if true, to bar the plaintiff's right of recovery. If the cattle were forfeited by the act of congress, the property was devested by the act of the plaintiff.

Judgment for the defendants.

*A replication of de injuria, &c. is good only where the matter alleged is by way of excuse, and not where it is insisted upon as giving a right. In trespass de bonis asportatis, a replication of de injuria, &c. to a plea, stating that the goods were seized as forfeited to the United States, and were condemned in the district court, is bad.*